**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILLETHA RENEE RUSS,

                Plaintiff,

      -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

20 **CIVIL** 6389 (RWL)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/31/2022

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 31, 2022, that pursuant to sentence four of 42 U.S.C. § 405(g), Ms. Russ's motion is GRANTED, the Commissioner's motion is DENIED, and the case is remanded for determination consistent with the foregoing discussion.

**Dated:** New York, New York
       January 31, 2022

                                  **RUBY J. KRAJICK**
                                    Clerk of Court
                  **BY:**
                                  **Deputy Clerk**